**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 03-1584**

―――――――――

PATRICIA BARNES,

Plaintiff - Appellant,

versus

CAROLINAS MEDICAL CENTER; JAMES GREGORY; ENZO
HOOPER; PHOEBIA MOYER,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CA-02-486-3-V)

―――――――――

Submitted: July 24, 2003                    Decided: July 29, 2003

―――――――――

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Patricia Barnes, Appellant Pro Se. Robert Blakeney Meyer, Kimberly Quade Cacheris, MCGUIREWOODS, L.L.P., Charlotte, North Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patricia Barnes appeals the district court's order dismissing her action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Barnes v. Carolinas Med. Ctr., No. CA-02-486-3-V (W.D.N.C. Apr. 8, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2